UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

| IN RE: | CASE NO: 07-35575 |
|---|---|
| ROBERT DEAN WILSON | (Chapter 13) |
| PATRICIA ANN WILSON | |
| Debtors | JUDGE GUY R. HUMPHREY |

REPORT OF UNCLAIMED FUNDS

The Trustee reports that the following is an itemized list of the unclaimed funds which are being paid to the Clerk of the Bankruptcy Court.

Check Number: **4077592**

| Ct / Tee Claim # | Address | Amount |
|---|---|---|
| 2/ 19 | MIAMI VALLEY HOSPITAL<br>% CITY CREDITS COMPANY AGENT<br>3077 KETTERING BLVD SUITE 109<br>MORAINE, OH  45439 | 52.21 |

/s/ Jeffrey M. Kellner
Jeffrey M. Kellner  0022205
Chapter 13 Trustee
131 N LUDLOW ST   SUITE 900
DAYTON, OH  45402-1161
(937)222-7600   Fax (937)222-7383
email: chapter13@dayton13.com

Dated: 5/17/2011

Certificate of Service 07-35575

I hereby certify that a copy of the attached was served by electronic service or was mailed by first class mail to each of the following on the date of the electronic filing.

OFFICE OF THE U S TRUSTEE
170 NORTH HIGH ST
SUITE 200
COLUMBUS, OH  43215

| | | |
|---|---|---|
| ROBERT DEAN WILSON<br>PATRICIA ANN WILSON<br>10946 GERLAUGH RD.<br>MEDWAY, OH  45341 | RICHARD E WEST<br>195 E CENTRAL AVE<br>BOX 938<br>SPRINGBORO, OH  45066 | (27.1n)<br>JEFFERSON CAPITAL SYSTEMS LLC<br>BOX 7999<br>SAINT CLOUD, MN  56302 |
| (19.1)<br>MIAMI VALLEY HOSPITAL<br>% CITY CREDITS COMPANY AGENT<br>3077 KETTERING BLVD SUITE 109<br>MORAINE, OH  45439 | (25.1n)<br>PORTFOLIO RECOVERY ASSOCIATES<br>BOX 41067<br>NORFOLK, VA  23541 | |

Jeffrey M. Kellner BY      ___/s/ Jeffrey M. Kellner_____      sv